1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10
11   BRADY K. ARMSTRONG,              1: 08 CV 00443 AWI  WMW HC
12                Petitioner,         ORDER DENYING REQUEST FOR COPIES OF
13                                    CORRESPONDENCE
14      v.                            [Doc. 5]
15
     A. HEDGPETH, WARDEN,
16
                 Respondent.
17   _____/

18
19
20
21          Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

22   U.S.C. Section 2254.  On June 19, 2008, Petitioner filed a motion requesting the court to provide

23   him with copies of all correspondence the court has previously mailed to him.  No such

     correspondence exists.  Accordingly, Petitioner's motion is HEREBY DENIED as moot.
24
25
26   IT IS SO ORDERED.
27
     **Dated:    December 3, 2008**          **/s/  William M. Wunderlich**
28                                           UNITED STATES MAGISTRATE JUDGE